**FRANKLIN G. GUMPERT #66051**
**BARKETT & GUMPERT**
**Attorneys at Law**
2862 Arden Way, Suite 101
Sacramento, California  95825
Telephone:  (916) 481-3683
Facsimile:  (916) 481-3948

Attorneys for Defendant
GEORGETOWN DIVIDE PUBLIC
UTILITY DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ATTEBERY, | No. CIV S-06-00744-KJM |
| Plaintiff, | STIPULATION FOR DISMISSAL; ORDER |
| vs. | |
| GEORGETOWN DIVIDE PUBLIC UTILITY DISTRICT and DOES 1-20, inclusive, | |
| Defendants. _____/ | |

IT IS HEREBY STIPULATED between counsel for the parties, Paul L. Rein on behalf of Plaintiff ROBERT ATTEBERY and Franklin G. Gumpert of Barkett & Gumpert on behalf of Defendant GEORGETOWN DIVIDE PUBLIC UTILITY DISTRICT, that this case shall be dismissed, with prejudice, subject to the continued jurisdiction of this Court pursuant to the Consent Decree entered by the parties and filed with this Court on March 26, 2007.

DATED: April ___, 2007         LAW OFFICES OF PAUL L. REIN

                               By: _____[1]

---

[1]  The court acknowledges receipt of a copy of the stipulation signed by all counsel.

|   |   |   |
|---|---|---|
| 1 |  | PAUL L. REIN, #43053 |
| 2 |  | Attorneys for Plaintiff ROBERT ATTEBERY |
| 3 | DATED: April ___, 2007 | BARKETT & GUMPERT Attorneys at Law |

By: _____
FRANKLIN G. GUMPERT, #66051
Attorneys for Defendant
GEORGETOWN DIVIDE PUBLIC UTILITY DISTRICT

**ORDER**

The parties having stipulated and good cause appearing therefor, IT IS SO ORDERED.

DATED: May 23, 2007.

_____
U.S. MAGISTRATE JUDGE

STIPULATION FOR DISMISSAL; ORDER                                  2